*RECOMMENDED FOR FULL-TEXT PUBLICATION*
Pursuant to Sixth Circuit Rule 206
File Name: 05a0471p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

       *Plaintiff-Appellee,*

  *v.*

            No. 03-1060

RICKY LEE NEWTON,

       *Defendant-Appellant.*

Filed:  December 14, 2005

Before:  SILER, MOORE, and SUTTON, Circuit Judges.

**ORDER**

  The judgment in this case having been vacated, and the case having been remanded to this court for further consideration in light of *United States v. Booker*, 543 U.S. ___ (2005),

  **IT IS HEREBY ORDERED AND ADJUDGED** that the judgment in the United States District Court for the Eastern District of Michigan is vacated and this case is remanded to that court for further consideration in light of *United States v. Booker*.

      ENTERED BY ORDER OF THE COURT

       /s/ Leonard Green

        Clerk

1